

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00180-CR

Leonardo **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is deemed filed as of December 29, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court